**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

LISA LEARMONTH                                                                                          PLAINTIFF

VS.                                                                                         NO. 4:06-CV-00128 TSL-LRA

SEARS ROEBUCK AND COMPANY
and JOHN DOES 1 THROUGH V                                                         DEFENDANTS

## **FINAL JUDGMENT**

On November 17, 18, 19, 20, 2008, this action was tried by a jury with Honorable Tom S. Lee, United States District Court Judge presiding, and the Jury returned a general verdict with answers to written questions in the sum of Four Million ($4,000,000.00) Dollars. The verdict is a unanimous verdict and in proper form.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff, Lisa Learmonth, shall have and recover of the Defendant, Sears Roebuck and Company, judgment in the amount of Four Million ($4,000,000.00) Dollars with post judgment interest at the rate of 1.12 percent from and after the date of entry of this Judgment, together with costs which shall be taxed separately in accordance with law.

SO ORDERED AND ADJUDGED, this the 25th day of November, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:

/s/David H. Linder
David H. Linder
Attorney For Plaintiff

/s/H. Gray Laird, III
H. Gray Laird, III
Attorney For Defendant